# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-09779-AH(SKx) | Date | DECEMBER 10, 2025 |
|---|---|---|---|
| Title | Eddie Delomprey v. PHH Mortgage Servicing et al | | |

Present: The Honorable **ANNE HWANG, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eddie Delomprey, In Pro Per via zoom | Alyssa Reyes |

**Proceedings:** HEARING RE: PLAINTIFF'S MOTION TO REMAND [15]

The case is called and counsel state their appearances. The Court and counsel confer.

Tentative ruling is given out to counsel. The Court invites counsel to respond to the tentative ruling.

Following oral argument, the Plaintiff withdraws his motion to remand and informs the Court that an amended complaint will be filed. The Court advises counsel that the Defendants have 30 days from the date of this hearing to respond to the Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

cc: all parties

__ : 07